IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 3 - 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01637-OES

FRANKLIN DAVID WOOD, JR.,

    Plaintiff,

v.

TROOPER DOUGLAS BREMER,
ARKANSAS VALLEY REGIONAL MED. CENTER, and
DR. BERG M.D.,

    Defendants.

---

ORDER DIRECTING SHERIFF TO PROVIDE COURT WITH A CERTIFIED COPY
OF PLAINTIFF'S TRUST FUND ACCOUNT STATEMENT

---

Plaintiff Franklin David Wood, Jr., currently is incarcerated at the Prowers County Sheriff's Department in Lamar, Colorado. Mr. Wood has informed the Court that the sheriff's department refuses to provide him with a certified copy of his trust fund account statement required by the Court. The Court will require the Prowers County Sheriff's Department to provide Mr. Wood with a certified account statement that complies with 28 U.S.C. § 1915 (Supp. 2005) as directed below.

Pursuant to 28 U.S.C. § 1915(a)(2), Mr. Wood needs "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . ., obtained from the appropriate official of each prison at which the prisoner is or was confined" in order to proceed *in forma pauperis* in this action, which he apparently intends to do. Therefore, the sheriff of the Prowers County Sheriff's Department will be ordered to

obtain from the appropriate jail official and to provide the Court with a certified copy of Mr. Wood's inmate trust fund account statement or institutional equivalent for the six-month period immediately preceding the filing of this action on September 6, 2005. Failure to provide such an account statement within the time allowed will result in a Court order directing the sheriff of the Prowers County Sheriff's Department to pay the entire $250.00 filing fee owed in this action. Accordingly, it is

ORDERED that the sheriff of the Prowers County Sheriff's Department obtain from the appropriate jail official and provide the Court with a certified copy of Plaintiff Franklin David Wood, Jr.'s, inmate trust fund account statement or institutional equivalent for the six-month period immediately preceding the filing of this action on September 6, 2005. It is

FURTHER ORDERED that failure to provide such an account statement within the time allowed will result in a Court order directing the sheriff of the Prowers County Sheriff's Department to pay the entire $250.00 filing fee owed in this action.

FURTHER ORDERED that the clerk of the Court mail a copy of this order to the sheriff of the Prowers County Sheriff's Department.

DATED at Denver, Colorado, this __3__ day of __October__, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01637-OES

Franklin David Wood, Jr.
A-Pod - A-6
103 E. Oak St.
Lamar, CO 81052

Warden/Sheriff
Prowers Sheriff's Department
103 E. Oak
Lamar, CO 81052

   I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on __10-3-05__

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk